UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MAWAR OENDI CHANDRA,

        Petitioner,

v.                                                    Case No. 5:05-cv-290-Oc-10GRJ

UNITED STATES OF AMERICA,

        Respondent.

## ORDER OF DISMISSAL

      Pending before the Court is a letter submitted by the Petitioner to a District Judge of the Southern District of Florida (Doc. 2).  Because Petitioner is a federal prisoner at FCC Coleman seeking release from confinement, the letter was construed as a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and was transferred to this Court (Doc. 1).  In the Petition, the Petitioner states that she was sentenced to 40 months' imprisonment on June 24, 2003, for bank fraud, and self-reported to Coleman on July 24, 2003, where she has remained; she now has served more than half of her sentence.  Petitioner states that she has successfully completed a release preparation program as well as other educational and job-training programs while incarcerated, and that she has a clear conduct record.  The

Petitioner states that her family has suffered due to her incarceration and that budgetary constraints at Coleman have made living conditions there difficult.

The Court is unable to grant Petitioner the relief she seeks, i.e., compassionate release or pre-release custody to home confinement, both of which are granted only at the discretion of the Bureau of Prisons.[1]  Accordingly, this case will be **DISMISSED without prejudice**.  The Clerk is directed to enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 13th day of July 2005.

_____
UNITED STATES DISTRICT JUDGE

c:  Mawar Oendi Chandra

---

[1] See 18 U.S.C. 3582(c)(1)(A) (allowing the sentencing court, on motion of the Director of the Bureau of Prisons, to reduce an inmate's term of imprisonment, provided that there are extraordinary or compelling circumstances that could not be foreseen at the time the inmate was sentenced); see also 18 U.S.C. 3624(c) (giving the Bureau of Prisons the discretion to release an inmate to home confinement for six months of the last 10 per centum of the term to be served).